EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Designación Miembros de la Comisión de Disciplina Judicial | 2018 TSPR 128 <br><br> 200 DPR ____ |

Número del Caso:  EN-2018-2

Fecha: 18 de julio de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación Miembros de la     EN-2018-02
Comisión de Disciplina Judicial

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de julio de 2018.

La Regla 12 (b) de Disciplina Judicial, 4 LPRA Ap. XV-B, dispone sobre la composición de la Comisión de Disciplina Judicial (Comisión). Dicha regla se enmienda para que lea: La Comisión estará compuesta por una Presidenta o un Presidente y siete (7) Comisionadas Asociadas o Comisionados Asociados, nombrados por el tribunal.

Al amparo de dicha disposición, se designan a las siguientes personas como miembros de la Comisión en los cargos que se indican a continuación:

Prof. Enid Martínez Moya, Presidenta
Prof. Evelyn Benvennutti Toro, Comisionada Asociada
Lcdo. José L. Miranda de Hostos, Comisionado Asociado
Dr. Juan Salgado Morales, Comisionado Asociado
Lcda. Lourdes Velázquez Cajigas, Comisionada Asociada
Lcda. Ygrí Rivera de Martínez, Comisionada Asociada
Lcdo. Luis Rivera Román, Comisionado Asociado
Lcda. Aleida Varona Méndez, Comisionada Asociada

Las personas antes mencionadas ocuparán sus cargos por el término de cuatro (4) años o hasta que sus sucesores o sucesoras sean nombrados.

Estos nombramientos entrarán en vigor inmediatamente.

El Tribunal agradece a los miembros salientes de la Comisión, el Lcdo. Ángel F. Rossy García, la Lcda. Delia Lugo Bougal y la Sra. Eneida Sierra Corredor, por los años de compromiso y dedicación para con este Tribunal y el Pueblo de Puerto Rico. Muy especialmente reconocemos la labor de la presidenta saliente de la Comisión, la Hon. Aída Molinary de la Cruz, quien fue integrante de la Comisión desde su creación en el 1992 y la presidió desde el 2001. Su liderazgo y visión le permitieron a este Tribunal ejercer su función esencial de supervisión y disciplina de los integrantes de la Judicatura, con el fin de garantizarle a la ciudanía la capacidad e integridad de aquellos llamados a impartir justicia.

A los nuevos miembros de la Comisión y aquellos que hoy revalidan en sus cargos, el Tribunal agradece su disposición de servir a la ciudadanía a través de la Comisión.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo